UNITED STATES of America, Appellee, v. Ferraccio ZAMBELLI, also Known as Francis Zambelli, Peter Zaffe, Adrain Corporation, Doing Business as Zanis Club, Cordon Holding Corporation, Appellants.

No. 461.

Circuit Court of Appeals, Second Circuit.

July 5, 1932.

Morris D. Reiss, of New York City, for appellant.

George Z. Medalie, U. S. Atty., of New York City (Leonard J. Obermeier, Jr., of New York City, of counsel), for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.

UNITED STATES, ex rel. Lukas PSARELIS, Appellant, v. W. H. MARSHALL, District Director of Immigration.

No. 4759.

Circuit Court of Appeals, Third Circuit.

June 28, 1932.

Ward Bonsall, of Pittsburgh, Pa., for appellant.

Louis E. Graham, Asst. U. S. Atty., and Lloyd W. Bryan, Asst. U. S. Atty., both of Pittsburgh, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

This case is similar in its facts to Philippides v. Day, 283 U. S. 48, 51 S. Ct. 358, 75 L. Ed. 833. It is affirmed on that case.

UNITED STATES of America ex rel. Felix PUENTIS, Appellant, v. Edward CORSI, Commissioner of Immigration, Appellee.

No. 454.

Circuit Court of Appeals, Second Circuit.

June 6, 1932.

William Matthews, of New York City, for appellant.

Ira Koenig, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

UNITED STATES of America, on Relation of Joe WILLIAMS, v. R. Q. LILLARD, U. S. Marshal.

No. 6171.

Circuit Court of Appeals, Sixth Circuit.

April 6, 1932.

Lee Douglas, of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to stipulation of counsel.